## HUGH PATTINSON AND RICHARD PATTINSON, MERCHANTS TRADING UNDER THE NAME, HUGH PATTINSON & CO.

### v.

### CHARLES CHANDONET

### 1806

### Journal Entries

1. Appearance; agreement for trial . . . . . . *Journal, infra,* \*p. 17
2. Declaration filed; plea . . . . . . . . . . . " 18
3. Jury de medietate linguae ordered . . . . . . . . " 19
4. Jurors; verdict . . . . . . . . . . . . " 21
5. Surrender by bail; bail exonerated . . . . . . . " 22
6. Motion for new trial continued; special bail . . . . " 25
7. Judgment . . . . . . . . . . . . . . " 32

58

PAPERS IN FILE

1. Capias and return . . . . . . . . . . . . . . . *Printed in Vol. 2*
2. Declaration . . . . . . . . . . . . . . . . "
3. Subpoena for Antoine Dulune, Joseph Lajimoniere,
   Robert Forsyth and John Kinzie . . . . . . . "
4. Capias ad satisfaciendum and return . . . . . "
5. Memorandum of marshal's fees . . . . . . . . . .